EDWIN H. LUIKART, RECEIVER, APPELLEE, V. JOHN M. FLAN-
NIGAN ET AL., APPELLANTS.

FILED MAY 8, 1936. No. 29475.

*Hall, Young & Williams,* for appellants.

*I. J. Dunn* and *F. C. Radke, contra.*

Heard before GOSS, C. J., ROSE, GOOD, EBERLY, DAY,
PAINE and CARTER, JJ.

ROSE, J.

This is an action on the 5,000-dollar fidelity or surety
bond of John M. Flannigan, president of the Citizens Bank
of Stuart, an insolvent corporation. Edwin H. Luikart, re-
ceiver, is plaintiff. John M. Flannigan and his surety, the
American Surety Company, are defendants. The pleadings,
issues, evidence and losses are similar to those in *Luikart v.
Flannigan, ante,* p. 901, and *Luikart v. Mains, ante,*
p. 907, decided herewith. The liability on the bond for
the identical losses to the bank in the three cases is
the same. There was a judgment in favor of plaintiff
herein for $6,239.58, from which defendants appealed,
and it is affirmed for the reasons stated in the opinion
in the first of the cases cited. A fee of $100 for services
of plaintiff's attorneys on appeal herein is allowed and
will be taxed as costs.

AFFIRMED.